**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BERMAN, | Case No.: 2:21-cv-01359-APG-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Robert Berman, an individual incarcerated at Nevada's High Desert State Prison, has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for writ of habeas corpus challenging a state-court criminal conviction (ECF No. 1-1).

In light of the information provided in the *in forma pauperis* application, I find that Berman is able to pay the $5 filing fee for this action. I will, therefore, deny Berman's *in forma pauperis* application. I will grant Berman time to either pay the filing fee or file a new *in forma pauperis* application.

Berman's petition for writ of habeas corpus is not on the form required by this Court. *See* LSR 3-1. I will grant Berman time to submit an amended petition for writ of habeas corpus on the required form.

I will screen Berman's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, after Berman submits an amended petition on the required form and either pays the $5 filing fee or reapplies for and is granted *in forma pauperis* status.

I THEREFORE ORDER that Petitioner's Application to Proceed *in Forma Pauperis* **(ECF No. 1) is DENIED**. Petitioner will have 60 days from the date of this order to either: (1) have the filing fee of five dollars ($5) sent to the Clerk of the Court, with indication that the payment is for the filing fee in this action (Case No. 2:21-cv-01359-APG-BNW), or (2) file a new Application to Proceed *in Forma Pauperis*.

I FURTHER ORDER that Petitioner will have 60 days from the date of this order to file an Amended Petition for Writ of Habeas Corpus, using the form provided by this Court.

I FURTHER ORDER that if Petitioner fails to comply with this order this action will be dismissed.

I FURTHER ORDER that the Clerk of the Court is directed to send to Petitioner, with a copy of this order, two copies of the form for an Application to Proceed *in Forma Pauperis* for Inmate, two copies of the form for a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and two copies of Petitioner's original Petition for Writ of Habeas Corpus (ECF No. 1-1).

Dated: July 21, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE