# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>            Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>            Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Denying Motion for Production**<br><br>[ECF No. 10] |

      Petitioner Robert Berman filed a motion requesting a court order that he be produced to appear in court for a hearing on September 17, 2021. ECF No. 10. There is no hearing scheduled in this case for that date or for any other date. I previously ordered the respondents to make an appearance in this case by September 17. ECF No. 8 at 2. That means the respondents must file in the court docket a notice of appearance, not that they must physically appear in person. Because there is no hearing pending, I will deny Berman's motion.

      I THEREFORE ORDER that Berman's Motion Requesting Order of Production of Petitioner **(ECF No. 10) is DENIED**.

      Dated: August 24, 2021.

                                                      _____<br>
                                                      ANDREW P. GORDON<br>
                                                      UNITED STATES DISTRICT JUDGE