# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>     Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>     Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 13] |

  In this habeas corpus action, the respondents were due to respond to Robert Berman's amended habeas petition by November 19, 2021. ECF No. 8. On November 19, 2021, Respondents filed a motion for extension of time (ECF No. 13), requesting a 60-day extension. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

  I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 13) is GRANTED**. Respondents will have until and including January 18, 2022, to respond to the petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 8, 2021 (ECF No. 8) will remain in effect.

  Dated: November 19, 2021

                    _____
                    ANDREW P. GORDON
                    UNITED STATES DISTRICT JUDGE