# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Granting Motion for Reconsideration**<br><br>[ECF No. 17] |

In this habeas corpus action, on December 13, 2021, the pro se petitioner, Robert Berman, filed a motion (ECF No. 19) requesting a copy of his amended petition for writ of habeas corpus. Good cause appearing, I will grant that motion.

I THEREFORE ORDER that Petitioner's Motion Requesting Copy of Petitioner's Amended Petition for Writ of Habeas Corpus **(ECF No. 19) is GRANTED**. The Clerk of the Court is directed to send Petitioner a copy of his amended habeas petition (ECF No. 6), along with a copy of this order.

Dated: December 13, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE