# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>     Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>     Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 21] |

  In this habeas corpus action, after an initial period of 95 days and then a 60-day extension, the respondents were due to respond to Robert Berman's amended habeas petition by January 18, 2022. ECF Nos. 8, 14. On January 18, 2022, Respondents filed a motion for extension of time (ECF No. 21), requesting a further 30-day extension. Respondents' counsel states that the extension of time is necessary because of her, and her support staff's, obligations in other cases. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

  I THEREFORE ORDER that Respondents' Motion for Enlargement of Time **(ECF No. 21) is GRANTED**. Respondents will have until and including February 17, 2022, to respond to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered July 8, 2021 (ECF No. 8) will remain in effect.

  Dated:  January 18, 2022

                        _____
                        ANDREW P. GORDON
                        UNITED STATES DISTRICT JUDGE