UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Denying Motion for Reconsideration of Extension of Time**<br><br>[ECF No. 23] |

　　　In this habeas corpus action, on January 18, 2022, I granted the respondents' motion for a 30-day extension of time to respond to the amended habeas petition. ECF No. 22. On January 25, 2022, the pro se petitioner, Robert Berman, filed what I construe as a motion for reconsideration of my January 18 order. ECF No. 23. There was good cause to grant the extension of time, and Berman does not demonstrate that the January 18 order should be reconsidered.

　　　I THEREFORE ORDER that Petitioner's motion for reconsideration **(ECF No. 23) is DENIED**.

　　　Dated:  January 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE