UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT BERMAN,

               Petitioner,

v.

STATE OF NEVADA, *et al.*,

               Respondents.

Case No.: 2:21-cv-01359-APG-BNW

**Order Granting Motion for Leave to File Documents under Seal**

[ECF No. 33]

      In this habeas corpus action, Respondents filed numerous exhibits on February 24, 2022 (ECF Nos. 27, 28, 29, 30, 31, 32, 33). Respondents also filed a motion for leave to file certain of those exhibits—Exhibits 48 and 52, both of which are presentence investigation reports—under seal. Petitioner Robert Berman did not respond to that motion.

      While there is a strong presumption in favor of public access to judicial filings and courts prefer that the public retain access them, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), a court may seal its records if a party demonstrates "compelling reasons" to do so. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). "Compelling reasons" exist where the records could be used for improper purposes. *Kamakana*, 447 F.3d at 1179 (citing *Nixon*, 435 U.S. at 598). Under Nevada law, presentence investigation reports are confidential, and are not to be made part of a public record. *See* NRS 176.156(5). The presentence investigation reports filed by Respondents contain sensitive confidential information, which could be used for improper purposes. In view of the state law, and considering the nature of the information in the presentence investigation reports, I find that there is good cause for the exhibits in question to be filed under seal.

I THEREFORE ORDER that Respondents' Motion for Leave to File Exhibits Under Seal **(ECF No. 33) is GRANTED**. Respondents are granted leave of court to file Exhibits 48 and 52 under seal. As those exhibits have already been filed under seal (ECF Nos. 34-1, 34-2), no further action is necessary in this regard.

Dated: March 22, 2022

_____
U.S. District Judge Andrew P. Gordon