UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT BERMAN,

        Petitioner,

v.

STATE OF NEVADA, *et al.*,

        Respondents.

Case No.: 2:21-cv-01359-APG-BNW

**Order Granting Motion Requesting Copy of Motion to Dismiss**

[ECF No. 48]

      In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 35), along with exhibits in support of that motion (ECF Nos. 27–32, 34), on February 24, 2022. After an initial 60-day period (*see* ECF No. 8), and then a 60-day extension of time (*see* ECF No. 43), the *pro se* petitioner, Robert Berman, is currently scheduled to respond to the motion to dismiss by June 24, 2022.

      On June 9, 2022, Berman, who is incarcerated at Nevada's High Desert State Prison, filed a motion requesting a copy of the motion to dismiss (ECF No. 48). He states in that motion that he cannot find his copy of the motion to dismiss, and that he may have misplaced it. I will grant Berman's motion and direct the Clerk of the Court to send him a copy of the motion to dismiss.

      In addition, I will extend by 20 days, to July 14, 2022, the time for Berman to file a response to the motion to dismiss. Thereafter, the scheduling order (ECF No. 8) gives Respondents 30 days to file a reply to Berman's response. In view of the nature of the motion to dismiss, and the time it has been pending, *I will not be inclined to further extend this briefing schedule absent extraordinary circumstances*.

///

I THEREFORE ORDER that Petitioner's Motion Requesting a Copy of Respondents' Motion to Dismiss **(ECF No. 48) is GRANTED**. The Clerk of the Court is directed to send Petitioner a copy of the motion to dismiss (ECF No. 35).

I FURTHER ORDER that Petitioner will have until and including **July 14, 2022**, to respond to the motion to dismiss.

Dated:  June 9, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE