# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BERMAN,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-01359-APG-BNW<br><br>**Order Granting<br>Motion for Extension of Time for Reply**<br><br>[ECF No. 67] |

In this habeas corpus action, the respondents filed their answer on May 16, 2023. ECF No. 66. Petitioner Robert Berman, *pro se*, then had 60 days to file his reply, making it due on July 17, 2023 (July 15 is a Saturday). *See* ECF No. 8.

On July 10, 2023, Berman filed a motion for extension of time (ECF No. 67), requesting an extension of time to November 13, 2023—a 119-day extension—for his reply. Petitioner, who apparently is no longer in custody, states that he needs this extension of time because of his current circumstances. Petitioner states that he is essentially homeless, has limited employment, and is looking for further employment. I find that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time, and I will grant the motion for extension of time as requested.

However, this is an unusually long extension of time for a reply to an answer. While mindful of the circumstances that Petitioner describes, *I will not look favorably upon any motion to further extend this deadline.*

I THEREFORE ORDER that Petitioner's Motion for Enlargement of Time **(ECF No. 67) is GRANTED.** Petitioner will have until and including **November 13, 2023**, to file his reply to Respondents' answer.

Dated: July 11, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE