**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROBERT BERMAN, | Case No.: 2:21-cv-01359-APG-BNW |
|---|---|
| Petitioner, | **Order Granting** |
| v. | **Motion for Extension of Time for Reply** |
| CALVIN JOHNSON, *et al.*, | [ECF No. 69] |
| Respondents. | |

In this habeas corpus action, the respondents filed their answer on May 16, 2023. ECF No. 66. Then, after a 62-day initial period and a 119-day extension of time, Petitioner Robert Berman, *pro se*, was to file his reply to the respondents' answer by November 13, 2023. *See* ECF Nos. 8, 68. In the order granting the 119-day extension of time, I stated with emphasis that I will not look favorably upon any motion to further extend this deadline. ECF No. 68.

On November 13, 2023, Berman filed a motion for a second extension of time for his reply (ECF No. 69), requesting that the due date be extended by 15 days, to November 28, 2023. Berman, who apparently is no longer in custody, states that he "was given information about certain laws and … just need[s] a little bit more time." ECF No. 69.

I find that Berman's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. I will grant his motion for extension of time.

*I will not be inclined to further extend this deadline*.

I THEREFORE ORDER that Petitioner's Request for an Extension of Time **(ECF No. 69) is GRANTED.** Petitioner will have until and including **November 28, 2023**, to file his reply to Respondents' answer.

Dated: November 14, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE